**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1202**

In Re:   JEFFREY M. YOUNG-BEY,

Petitioner.

On Petition for Writ of Mandamus.
(1:08-cv-02722-JFM)

Submitted:  April 28, 2011          Decided:  May 3, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jeffrey M. Young-Bey, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey M. Young-Bey petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2241 (2006) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Young-Bey's petition on March 14, 2011. Accordingly, because the district court has recently decided Young-Bey's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED